UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

A.E.T.M., A.E.T.M-2, SONIA GARCIA VALLES,

Plaintiffs,

v. Case No.: 6:26-cv-00536-GAP-LHP

ATTORNEY GENERAL PAM BONDI, SECRETARY KIRSTI NOEM, ACTING DIRECTOR TODD M. LYONS,

Defendants,
_________________________________/

**ORDER**

This matter is before the Court on Petitioners' Amended Petition for Writ of Habeas Corpus and Motion to Supplement the Record. Doc. 12; Doc. 13. Petitioners request that the Court order Respondents to account for the details of the alleged deportation flight carrying Marly Carolina Morataya Zepeda ("Zepeda"), A.E.T.M., and A.E.T.M. to Guatemala based on their belief that Zepeda, at least, is now "on U.S. soil in ICE custody." Doc. 12 at 1, Doc. 13 at 1.

Upon consideration of Petitioners' filings, Respondents are hereby **DIRECTED to respond on or before 10:00 AM on Friday, March 13, 2026.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 11, 2026.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party