# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

A.E.T.M., A.E.T.M-2, SONIA GARCIA VALLES,

Plaintiffs,

v.

Case No.: 6:26-cv-00536-GAP-LHP

ATTORNEY GENERAL PAM BONDI, SECRETARY KRISTI NOEM, ACTING DIRECTOR TODD M. LYONS,

Defendants,

---

## ORDER

The case is before the Court *sua sponte*. The Complaint was filed on March 10, 2026. On March 10, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus (Doc. 11) and Judgment was entered (Doc. 14) on March 11, 2026. There has been no further activity in the case. It is therefore **ORDERED** that the clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 2, 2026.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party